RECEIVED
2010 DEC -6 A 11: 07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U. S. ETHERNET INNOVATIONS, LLC,

                Plaintiff(s),

v.

AT&T MOBILITY, LLC, ET AL.

                Defendant(s).

CASE NO. 5:10-CV-05254-JW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Juliet M. Dirba, an active member in good standing of the bar of Texas and admitted to US Court of Appeals, Federal Circuit (particular court to which applicant is admitted) whose business address and telephone number is Vinson & Elkins, LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746 Telephone No. 512-542-8400; jdirba@velaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AT&T Mobility, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 17, 2010

/s/ James Ware
United States District Judge
James Ware