**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10  U.S. Ethernet Innovations, LLC,                   NO. C 10-03724 JW
                                                      NO. C 10-05254 JW
11             Plaintiff,
        v.                                    **ORDER FOLLOWING TUTORIAL**
12                                            **HEARING; ORDER RELATING CASES**
    Acer, Inc., et al.,                       **FOR CLAIM CONSTRUCTION**
13                                            **PURPOSES**
                                        /
14
    AT&T, Inc., et al.,
15
               Defendants.
16                                      /

17         On February 25, 2011, the Court conducted a tutorial of the patents-in-suit.  In light of the

18  parties' presentations at the tutorial and the discussion at the conference, the Court ORDERS as

19  follows:

20         (1)    Upon review and consideration of the technology involved and the nature of the

21                dispute, the Court finds a single Markman to construe all the disputed claims would

22                be more efficient than any bifurcation at this time.  Thus, the Court will conduct a

23                claim construction hearing and issue a Claim Construction Order that will serve as

24                the law of the case prior to bifurcation.

25         (2)    Once the Claim Construction is issued, the Court will invite cross-briefing from the

26                parties to address the issues identified at the tutorial, namely, remedy exhaustion and

27                direct versus indirect infringement of the patents-in-suit and any other additional

28                issues the Court may identify following the claim construction hearing;

(3)   Although it is the Court's practice to not relate cases that are already assigned to it, the Court orders that C 10-5254 JW be related to C 10-3724 for the purposes of claim construction coordination.  The Court lifts the stay imposed in C 10-5254 JW so that the parties in the AT&T can meet and confer with the Defendants in the Acer case and participate in the claim construction process.

(4)   On **March 28, 2011 at 10 a.m.**, the Court will conduct an Initial Case Management Conference.

(5)   On or before **March 18, 2011**, the parties shall meet and confer and submit a Joint Statement and Proposed Schedule in accordance with Patent L.R. 2-1.  Specifically, the parties shall address the timing and structure of the claim construction briefing and presentation.  In particular, the Court is concerned with which Defendants will take an active role in the claim construction process.  Defendants shall meet and confer and if feasible, designate lead attorneys who will represent the interests of all Defendants at the Markman.

Dated:  March 7, 2011

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Andy Tindel atindel@andytindel.com
     Anthony H. Son ason@wileyrein.com

3    Ashlea Pflug araymond@winston.com
     Barry Kenneth Shelton shelton@fr.com

4    Benjamin Charles Elacqua elacqua@fr.com
     Brian Christopher Claassen Brian.Claassen@kmob.com

5    Bruce A Smith bsmith@jwfirm.com
     Charlene Marie Morrow cmorrow@fenwick.com

6    Charles Ainsworth charley@pbatyler.com
     Christopher Frederick Jeu cjeu@mofo.com

7    Christopher Needham Cravey ccravey@wmalaw.com
     Christopher Ronald Noyes christopher.noyes@wilmerhale.com

8    Craig Steven Summers 2css@kmob.com
     Danny Lloyd Williams dwilliams@wmalaw.com

9    Darryl Michael Woo dwoo@fenwick.com
     David J Healey healey@fr.com

10   David Lee Gann dgann@rgrdlaw.com
     David T McDonald david.mcdonald@klgates.com

11   David T Pollock dpollock@reedsmith.com
     Deron R Dacus ddacus@rameyflock.com

12   Dominic E. Massa dominic.massa@wilmerhale.com
     Douglas R. Young dyoung@fbm.com

13   E Joseph Benz jbenz@csgrr.com
     Eric Louis Toscano etoscano@reedsmith.com

14   Garland T. Stephens stephens@fr.com
     Harold H Davis harold.davis@klgates.com

15   Hector J. Ribera hribera@fenwick.com
     Hiep Huu Nguyen hnguyen@winston.com

16   Hsiang H. Lin jlin@ftbklaw.com
     Irfan A Lateef 2ial@kmob.com

17   Irfan Ahmed Lateef ial@kmob.com
     Jack Wesley Hill fedserv@icklaw.com

18   James Patrick Brogan jbrogan@cooley.com
     Jason S Jackson jjackson@rgrdlaw.com

19   Jeffrey Fuming Yee yeej@gtlaw.com
     Jeffrey K. Joyner joynerj@gtlaw.com

20   Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
     Jessica M. Kattula jkattula@rgrdlaw.com

21   John Christopher Herman jherman@rgrdlaw.com
     John K. Grant johnkg@rgrdlaw.com

22   John Philip Brinkmann brinkmann@fr.com
     John W Thornburgh thornburgh@fr.com

23   Jonah D Mitchell jmitchell@reedsmith.com
     Jonah Dylan Mitchell jmitchell@reedsmith.com

24   Jordan Jaffe jordanjaffe@quinnemanuel.com
     Karl J Kramer kkramer@mofo.com

25   Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
     Kimball R Anderson kanderson@winston.com

26   Kyle D Chen kyle.chen@cooley.com
     Kyung Kim dkim@wmalaw.com

27   Lam Khanh Nguyen lnguyen@cooley.com

28                                            3

**United States District Court**

For the Northern District of California

1   Laura Katherine Carter lcarter@winston.com
    Lillian J Pan lpan@orrick.com
2   Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
    Mahmoud Munes Tomeh 2mmt@kmob.com
3   Mark Daniel Selwyn mark.selwyn@wilmerhale.com
    Marko R Zoretic 2mrz@kmob.com
4   Matthew Clay Harris mch@emafirm.com
    Matthew J. Brigham mbrigham@cooley.com
5   Michael J Newton mike.newton@alston.com
    Michael J. Bettinger mike.bettinger@klgates.com
6   Michael L Brody Mbrody@winston.com
    Nicholas James Nugent nicholas.nugent@finnegan.com
7   Patricia Kane Schmidt patricia.schmidt@klgates.com
    Peter M Jones pjones@rgrdlaw.com
8   Ray R. Zado rayzado@quinnemanuel.com
    Richard T Ting rting@reedsmith.com
9   Robert Christopher Bunt rcbunt@pbatyler.com
    Robert M Parker rmparker@pbatyler.com
10  Roderick Bland Williams rick.williams@klgates.com
    Roger Brian Craft bcraft@findlaycraft.com
11  Ruben Singh Bains rbains@wmalaw.com
    Ryan K. Walsh rwalsh@rgrdlaw.com
12  Scott Richard Mosko scott.mosko@finnegan.com
    Sean Sang-Chul Pak seanpak@quinnemanuel.com
13  Seth M Sproul sproul@fr.com
    Seth McCarthy Sproul sproul@fr.com
14  Steven S. Baik sbaik@ftbklaw.com
    Thomas J. Friel tfriel@cooley.com
15  Thomas John Ward jw@jwfirm.com
    Timothy Paar Walker timothy.walker@klgates.com
16  William F. Lee william.lee@wilmerhale.com

17

**Dated:  March 7, 2011**                              **Richard W. Wieking, Clerk**

18

19                                                      **By:      /s/ JW Chambers**
                                                             **Elizabeth Garcia**
20                                                           **Courtroom Deputy**

21

22

23

24

25

26

27

28