1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                    SAN FRANCISCO DIVISION

8   US Ethernet Innovations, LLC              NO. C 10-5254 JW
                                Plaintiff
9              -v-                            **ORDER RE. DISCOVERY REFERRAL**

10  AT&T Inc., et al
                                Defendant
11  _____/

12        Due to the Court's relocation to the San Francisco Division, the Court's practice of

13  automatically referring discovery matters to the Magistrate Judges of the San Jose Division is hereby

14  DISCONTINUED.

15        Accordingly, the Court orders as follows:

16     (1)    In cases assigned to Judge Ware, all discovery motions noticed before Judge Lloyd or

17            Judge Grewal are hereby TRANSFERRED to Judge Ware.  The parties shall renotice

18            their motions before Judge Ware in accordance with the Civil Local Rules of Court.

19     (2)    Any motions in which briefing is complete are hereby taken under submission.[1]  On

20            or before **July 29, 2011**, the parties shall file a Joint Statement apprising the Court of

21            the pending motion and providing a brief review of the parties' positions.

22

23

24

25

26

27  _____

28        [1]  This Order does not apply to any motions which have been heard or taken under
    submission by either Judge Lloyd or Judge Grewal.

*United States District Court*
For the Northern District of California

(3)     If any party believes that its motion is urgent and that it may be prejudiced by the transfer, that party shall meet and confer and file a Joint Statement on or before **July 29, 2011** detailing the nature of the motion and the need for expedited disposition.

Dated:  July 15, 2011

_____
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

2