UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACER, INC., et al, ) <br>         Defendants ) <br> Intel Corporation, et al. ) <br>         Intervenors, ) <br> AT&T Mobility, LLC ) <br>         Defendants. ) | Case No. 4:10-cv-03724 CW (LB) <br> Case No. 4:10-cv-05254 CW (LB) <br> Case No. 4:10-cv-03481 CW (LB) <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL** <br><br> Judge:    Hon. Claudia Wilken <br> Location:  2, 4th Floor |

     Having read and considered Defendants Sally Beauty Holdings, Inc., Barnes & Noble, Inc., RadioShack Corporation, New York & Company, Inc. and Lerner New York, Inc. Unopposed Motion for Withdrawal of Counsel, IT IS HEREBY ORDERED that Dell's Motion is GRANTED, and that Stacey White is no longer counsel of record for Defendants Sally Beauty Holdings, Inc., Barnes & Noble, Inc., RadioShack Corporation, New York & Company, Inc. and Lerner New York, Inc. in this matter.

                                                                         _____ <br>
                                                                         United States District Judge <br>
                                                                         Judge Claudia Wilken