UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. ETHERNET INNOVATIONS, LLC )
                               ) Case No: 4:10-cv-05254
           Plaintiff(s),       )
                               ) **APPLICATION FOR**
       v.                      ) **ADMISSION OF ATTORNEY**
                               ) **PRO HAC VICE**
AT&T MOBILITY, LLC, ET AL.     ) (CIVIL LOCAL RULE 11-3)
                               )
           Defendant(s).       )
                               )

I, W. Michael Schuster, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AT&T Mobility, LLC in the above-entitled action. My local co-counsel in this case is Chuck P Ebertn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Vinson & Elkins LLP / 1001 Fannin Street, Suite 2500 / Houston, TX 77002-6760

MY TELEPHONE # OF RECORD:
(713) 758-2395

MY EMAIL ADDRESS OF RECORD:
wschuster@velaw.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Vinson & Elkins LLP / 525 University Ave., Suite 410 / Palo Alto, CA 94301

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 687-8204

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
cebertin@velaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24062992

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/19/13                                W. Michael Schuster
                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of W. Michael Schuster is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/25/2013                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, David J. Bradley, Clerk of Court, of the United States District Court for the SOUTHERN DISTRICT OF TEXAS: DO HEREBY CERTIFY that

**William Michael Schuster** Federal ID No **1120399**

was duly admitted to practice in said Court on **November 19, 2010**, and is in good standing as a member of the bar of said Court.

Dated February 12, 2013, at Houston, Texas.



Clerk of Court  *Cassandra* 

By Cassandra Sonnier, Deputy Clerk