IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>    Defendants, | No. C 10-5254 CW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (Docket No. 515) |

On June 5, 2014, Defendant AT&T Mobility, LLC filed a motion for leave to file motion for reconsideration of the order staying in part claims against Defendants. See Docket No. 408. Because AT&T has presented new material facts justifying reconsideration of the scope of the stay under Civil Local Rule 7-9(b)(2), AT&T's motion for leave to file is GRANTED.

Plaintiff U.S. Ethernet Innovations, LLC, may submit either a statement of non-opposition or a responsive brief not to exceed four pages, to be filed no later than seven days from entry of this order. The motion for reconsideration will be decided on the papers.

IT IS SO ORDERED.

Dated: 6/16/2014

CLAUDIA WILKEN
United States District Judge