IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | No. C 10-5254 CW |
| Plaintiff, | ORDER DENYING ADMINISTRATIVE MOTIONS TO SEAL (Docket Nos. 476, 478) |
| v. | |
| AT&T Mobility LLC, et al., | |
| Defendants. | |

The Court already denied these motions to seal, which were posted on both this docket and the docket of related case U.S. Ethernet Innovations, LLC v. Acer et al., Case No. 10-3724. See Case No. 10-3724, Docket No. 1126. Because these motions were already denied in conjunction with the related case, they are DENIED here as well.

IT IS SO ORDERED.

Dated: 8/22/2014

CLAUDIA WILKEN
United States District Judge