1 | ROBBINS GELLER RUDMAN
  | & DOWD LLP
2 | MICHAEL J. DOWD (135628), miked@rgrdlaw.com
  | 655 West Broadway, Suite 1900
3 | San Diego, California 92101
  | Telephone: 619/231-1058 / Facsimile: 619/231-7423
4 |
  | JOHN K. GRANT (169813), john g@rgrdlaw.com
5 | SHAWN A. WILLIAMS (213113), shawnw@rgrdlaw.com
  | Post Montgomery Center
6 | One Montgomery Street, Suite 1800
  | San Francisco, California 94104
7 | Telephone: 415/288-4545 / Facsimile: 415/288-4534

8 | JOHN C. HERMAN (pro hac vice), jherman@rgrdlaw.com
  | RYAN K. WALSH (pro hac vice), rwalsh@rgrdlaw.com
9 | PETER M. JONES (pro hac vice), pjones@rgrdlaw.com
  | ROBERT J. LEONARD (pro hac vice) rleonard@rgrdlaw.com
10 | 3424 Peachtree Road, N.E.
   | Monarch Centre, Suite 1650
11 | Atlanta, Georgia 30326
   | Telephone: 404/504-6500 / Facsimile: 404/504-6501
12 |
   | Attorneys for Plaintiff
13 | U.S. Ethernet Innovations, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | Case No. 4:10-cv-03724-CW |
| | Case No. 4:10-cv-05254-CW |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e)** |
| ACER, INC., et al., | |
| Defendants. | |
| AT&T Mobility, LLC, et al., | |
| Defendants. | Judge: Hon. Claudia Wilken |
| | Courtroom: 2, 4th floor |

1000171_1

- 1 -

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, as follows:

Plaintiff's ("USEI") Reply in Support of Its Motion to Alter or Amend the Court's November 7, 2014 Summary Judgment Order Pursuant to Fed. R. Civ. P. 59(e) (Dkt. No. 1344-3) ("USEI's Motion") is due on January 21, 2015.   Plaintiff seeks to extend this deadline, and Defendants' and Intervenors' (collectively, "Defendants") have agreed to stipulate to the requested extension.  This extension is requested to give the party additional time to respond in light of the recent holiday. Accordingly, USEI and Defendants hereby jointly request the Court extend this deadline by 2 days to January 23, 2015.

Accordingly, the parties STIPULATE AND AGREE that the date for the Plaintiff's reply in support of USEI's Motion be extended to January 23, 2015.

DATED:  January 20, 2015                               ROBBINS GELLER RUDMAN
                                                                                  & DOWD LLP


                                                                                  */s/ Peter M. Jones*
                                                                                       Peter M. Jones

                                                                                  JOHN C. HERMAN
                                                                                  RYAN K. WALSH
                                                                                  PETER M. JONES
                                                                                  ROBERT J. LEONARD
                                                                                  3424 Peachtree Road, N.E.
                                                                                  Monarch Centre, Suite 1650
                                                                                  Atlanta, Georgia 30326
                                                                                  Telephone:  404-504-6500
                                                                                  Facsimile:  404-504-6501

**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e) – Case No. 4:10-cv-03724-CW; Case No. 4:10-cv-05254-CW**

- 1 -

1  MICHAEL J. DOWD
   655 West Broadway, Suite 1900
2  San Diego, California 92101
   Telephone:  619-231-1058
3  Facsimile:  619-231-7423

4  JOHN K. GRANT
   SHAWN A. WILLIAMS
5  Post Montgomery Center
   One Montgomery Street, Suite 1800
6  San Francisco, California 94104
   Telephone: 415-288-4545
7  Facsimile: 415-288-4534

8
   Counsel for U.S. Ethernet Innovations, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e) – Case No. 4:10-cv-03724-CW; Case No. 4:10-cv-05254-CW**

- 2 -

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from all relevant parties.

DATED: January 20, 2015                    ROBBINS GELLER RUDMAN
                                            & DOWD LLP


                                            */s/ Peter M. Jones*
                                            Peter M. Jones

                                            Counsel for U.S. Ethernet Innovations, LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED:**

Dated: _____January 20___, 20_15_       _____
                                          Hon. Claudia Wilken, United Stated ~~Chief~~ Senior District Court Judge.

**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e) – Case No. 4:10-cv-03724-CW; Case No. 4:10-cv-05254-CW**                                      - 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD (135628), miked@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619/231-1058 / Facsimile: 619/231-7423

JOHN K. GRANT (169813), john g@rgrdlaw.com
SHAWN A. WILLIAMS (213113), shawnw@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415/288-4545 / Facsimile: 415/288-4534

JOHN C. HERMAN (pro hac vice), jherman@rgrdlaw.com
RYAN K. WALSH (pro hac vice), rwalsh@rgrdlaw.com
PETER M. JONES (pro hac vice), pjones@rgrdlaw.com
ROBERT J. LEONARD (pro hac vice) rleonard@rgrdlaw.com
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404/504-6500 / Facsimile: 404/504-6501

Attorneys for Plaintiff
U.S. Ethernet Innovations, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ACER, INC., et al.,<br><br>Defendants. | Case No. 4:10-cv-03724-CW<br>Case No. 4:10-cv-05254-CW<br><br>**DECLARATION OF PETER M. JONES IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e)** |
| AT&T Mobility, LLC, et al.,<br><br>Defendants. | Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th floor |

I, Peter M. Jones, declare as follows:

1. I am an attorney with the law firm of Robbins Geller Rudman & Dowd LLP, and counsel of record for Plaintiff U.S. Ethernet Innovations, LLC ("USEI"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereof.

2. Plaintiff's ("USEI") Reply in Support of Its Motion to Alter or Amend the Court's November 7, 2014 Summary Judgment Order Pursuant to Fed. R. Civ. P. 59(e) (Dkt. No. 1344-3) ("USEI's Motion") is due on January 21, 2015.

3. Plaintiff seeks to extend this deadline, and Defendants' and Intervenors' (collectively, "Defendants") have agreed to stipulate to the requested extension. Accordingly, USEI and Defendants hereby jointly request the Court extend this deadline by 2 days to January 23, 2015.

4. This extension is requested to give the party additional time to respond in light of the recent holiday.

5. There has been one previous modification of the deadlines for briefing on USEI's Motion. On January 12, 2015, the Court extended the deadline for Defendants' response and USEI's reply by two days. Dkt. No. 1349.

6. This extension request will not affect any other dates set by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Atlanta, Georgia.

DATED: January 20, 2015                ROBBINS GELLER RUDMAN
                                        & DOWD LLP

                                        */s/ Peter M. Jones*
                                        Peter M. Jones

**JONES DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e) – Case No. 4:10-cv-03724-CW; Case No. 4:10-cv-05254-CW** - 2 -

JOHN C. HERMAN
RYAN K. WALSH
PETER M. JONES
ROBERT J. LEONARD
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501

MICHAEL J. DOWD
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone:  619-231-1058
Facsimile:  619-231-7423

JOHN K. GRANT
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534

Counsel for U.S. Ethernet Innovations, LLC

**JONES DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF U.S. ETHERNET INNOVATIONS, LLC'S REPLY IN SUPPORT OF MOTION TO ALTER OR AMEND THE COURT'S NOVEMBER 7, 2014 SUMMARY JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 59(e) – Case No. 4:10-cv-03724-CW; Case No. 4:10-cv-05254-CW** - 3 -